UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLO KARON BROWN, | 1:11-cv-0941-MJS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 20 DAYS |
| v. | |
| FEDERAL BUREAU OF PRISONS et al., | |
| Defendants. | |

Plaintiff Marlon Karon Brown "Plaintiff") is a federal prisoner proceeding pro se in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971).

Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

Within twenty (20) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**. Within sixty (60) days of the date of service of this Order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period

////

immediately preceding the filing of the Complaint.

**Failure to comply with this Order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:  August 12, 2011          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE