1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10                              FRESNO DIVISION

11

12   MARLO KARON BROWN,                    1:11-cv-00941-MJS (PC)

13              Plaintiff,                 ORDER GRANTING APPLICATION TO
                                           PROCEED IN FORMA PAUPERIS
14   v.                                    and

15   FEDERAL BUREAU OF PRISONS, et         ORDER DIRECTING PAYMENT
     al.,                                  OF INMATE FILING FEE BY
16                                         MARYLAND CORRECTIONAL
              Defendants.                  ADJUSTMENT CENTER
17
                                           (ECF No. 6)
18   _____/

19          Plaintiff Marlo Karon Brown ("Plaintiff") is a federal prisoner proceeding pro se in this

20   civil rights action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of

21   Narcotics, 403 U.S. 388, 91 S.Ct. 1999 (1971).  Plaintiff has requested leave to proceed in

22   forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF No. 6)  Plaintiff has made the showing

23   required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be

24   granted.

25          Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28

26   U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of

27   twenty percent of the preceding month's income credited to Plaintiff's trust account.  The

28   Maryland Correctional Adjustment Center is required to send to the Clerk of the Court

                                           -1-

1  payments from Plaintiff's account each time the amount in the account exceeds $10.00,

2  until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

3         In accordance with the above and good cause appearing therefore, IT IS HEREBY

4  ORDERED that:

5         1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

6         **2.  The Warden of Maryland Correctional Adjustment Center or his**

7  **designee shall collect payments from Plaintiff's prison trust account in an amount**

8  **equal to twenty per cent (20%) of the preceding month's income credited to the**

9  **prisoner's trust account and shall forward those payments to the Clerk of the Court**

10 **each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C.**

11 **§ 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**

12 **the Court.  The payments shall be clearly identified by the name and number**

13 **assigned to this action.**

14        3.  The Clerk of the Court is directed to serve a copy of this order and a copy

15 of Plaintiff's in forma pauperis application on the Warden of the Maryland Correctional

16 Adjustment Center, 401 East Madison Street, Baltimore, Maryland 21202, via the United

17 States Postal Service

18        4.  The Clerk of the Court is directed to serve a copy of this order on the

19 Financial Department, U.S. District Court, Eastern District of California, Fresno Division.

20        5.  Within thirty (60) days of the date of service of this order, Plaintiff shall

21 submit a certified copy of his/her prison trust account statement for the six-month period

22 immediately preceding the filing of the complaint, if Plaintiff has not already done so.

23

24

25

26 IT IS SO ORDERED.

27 Dated: ___September 19, 2011___      /s/ *Michael J. Long*
                                       UNITED STATES MAGISTRATE JUDGE
28

-2-